■ Joseph M. Smith et al., Appellants, v Community Board No. 14 et al., Respondents.—Appeal by the plaintiffs from an order of the Supreme Court, Queens County, entered September 6, 1985.

Ordered that the order is affirmed, for reasons stated by Justice Goldstein at Special Term. Brown, J. P., Rubin, Lawrence and Kooper, JJ., concur. [128 Misc 2d 944.]